**Larry SAULSBERRY, Appellant,**

v.

**Cole JETER, Warden, FCI— Forest City, Appellee.**

No. 04–3692.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 29, 2005.

Decided Sept. 29, 2005.

Larry Saulsberry, Forrest City, AR, pro se.

E. Fletcher Jackson, U.S. Attorney's Office, Little Rock, AR, for Appellee.

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

PER CURIAM.

Larry Saulsberry appeals the district court's[1] order dismissing his 28 U.S.C. § 2241 petition. Because the district court correctly concluded Saulsberry did not establish that 28 U.S.C. § 2255 was inadequate or ineffective to test the legality of his detention, we affirm. *See* 8th Cir. R. 47B.